UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -4 P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RAUL CARPINTERO, )<br>    Plaintiff )<br> )<br>v. )<br> ) CIVIL ACTION NO. 05-10076 NMG<br>MASSACHUSETTS BAY COMMUTER )<br>RAIL COMPANY, LLC and )<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>    Defendants ) | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, in the above-entitled case.

DATED AT BOSTON, MASSACHUSETTS THIS 2nd DAY OF FEBRUARY, 2005.

MASSACHUSETTS BAY COMMUTER
RAIL COMPANY, LLC and
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
By their attorney,

John J. Bonistalli, BBO # 049120
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755