AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

FILED IN CLERKS OFFICE
2005 FEB 16  P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

RAUL CARPINTERO

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MASSACHUSETTS BAY COMMUTER RAIL COMPANY, LLC and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY


05 10076 NMG

TO: (Name and address of defendant)

Massachusetts Bay Transportation Authority
10 Park Plaza
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Lafferty, Esq.
Myers Lafferty Law Offices
1515 Market Street, Suite 1310
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

___ ANASTAS
CLERK

1/10/05
DATE

(BY) DEPUTY CLERK