UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO<br><br>        Plaintiff,<br><br>v<br><br>MASSACHUSETTS BAY COMMUTER RAIL COMPANY, LLC and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY a/k/a MBTA | CIVIL ACTION NO.:05-10076-NMG |

## CERTIFICATION

The plaintiff, Raul Carpintero, and its counsel hereby certify that they have conferred:

    (a) with a view toward establishing a budget for the costs of conducting this litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as this outlined in Local Rule 16.4

By: _____
Mario Bozza, Esq.
BBO:# 052860
63 Commercial Wharf
Boston, MA 02110

Of counsel

Steven M. Lafferty, Esq.
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 810
Philadelphia, PA 19102
**ATTORNEYS FOR PLAINTIFF**