UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAUL CARPINTERO, )
    Plaintiff )
)
v. )
) CIVIL ACTION NO. 05-10076 NMG
MASSACHUSETTS BAY COMMUTER )
RAIL COMPANY, LLC and )
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY, )
    Defendants )
)

**DEFENDANTS' SUBMISSION TO THE JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

1. **Background**

The defendants Massachusetts Bay Commuter Railroad Company and Massachusetts Bay Transportation Authority deny that they created, or allowed to exist, a dangerous or unsafe work environment. The defendants further deny that they failed to warn the plaintiff of alleged dangerous conditions and state that the plaintiff's injuries, if any, were caused by his own negligence.

2. I agree with the other dates/deadlines you have included in your portion of the Joint Motion.

_____ Date 5-23-05
John J. Bonistalli (BBO#049120)
Thomas V. DiGangi (BBO # 648415)
Law Offices of John Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755, ext. 23

**CERTIFICATE OF SERVICE**

I, Thomas V. DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent fax, this 23 day of May, 2005 to: Steven M. Lafferty, Esquire; MyersLafferty Law Offices 1515 Market Street, Suite 1310; Philadelphia, PA 19102;.

_____