UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendant Massachusetts Bay Commuter Railroad Company a/k/a MBCR, hereby certifies that it has conferred:

    a.    with a view toward establishing a budget for the costs of conducting this litigation; and

    b.    to consider the resolution of the litigation through the use of alternative disputed resolution programs such as those outlined in Local Rule 16. 4.

Massachusetts Bay Commuter Railroad Co.
By Its Attorneys

_____
Michael Snow
Representative
Massachusetts Bay Commuter
Railroad Company, LLC

_____  Date 5-26-05
John J. Bonistalli (BBO#049120)
Thomas V. DiGangi (BBO # 648415)
Law Offices of John Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755

## CERTIFICATE OF SERVICE

    I, Thomas V. DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this _27_ day of _May_, 2005 to: Steven M. Lafferty, Esquire; MyersLafferty Law Offices 1515 Market Street, Suite 1310; Philadelphia, PA 19102; Mario Bozza, Esq., 63 Commercial Wharf, Boston, MA 02110

_____
Thomas V. DiGangi