<div style="text-align:center">UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS</div>

| | |
|---|---|
| RAUL CARPINTERO,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

<div style="text-align:center"><b><u>NOTICE OF APPEARANCE</u></b></div>

To The Clerk of the Above-Referenced Court:

    Please enter my appearance as attorney for the Defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, in the above-entitled case.

<div style="margin-left: 50%">MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>By their attorney,<br><br>_____<br>Thomas V. DiGangi, BBO # 648415<br>LAW OFFICES OF JOHN J. BONISTALLI<br>One Financial Center<br>Boston, MA 02111<br>(617) 695-3755, ext. 23</div>

6-2-05

<div style="text-align:center"><b><u>CERTIFICATE OF SERVICE</u></b></div>

    I, Thomas V. DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this 2ND day of June, 2005 to: Steven M. Lafferty, Esquire; MyersLafferty Law Offices 1515 Market Street, Suite 1310; Philadelphia, PA 19102; Mario Bozza, Esq., 63 Commercial Wharf, Boston, MA 02110

_____