UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAUL CARPINTERO,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Defendant Massachusetts Bay Commuter Railroad Company a/k/a MBCR, hereby certifies that it has conferred:

    a.    with a view toward establishing a budget for the costs of conducting this litigation; and

    b.    to consider the resolution of the litigation through the use of alternative disputed resolution programs such as those outlined in Local Rule 16. 4.

                                          Massachusetts Bay Commuter Railroad Co.
                                          By Its Attorneys

_____       _____ Date 6-3-05
Michael Snow                                   John J. Bonistalli (BBO#049120)
Claims Representative               Thomas V. DiGangi (BBO # 648415)
Massachusetts Bay Commuter      Law Offices of John Bonistalli
Railroad Company, LLC              One Financial Center
                                               Boston, MA 02111
                                               (617) 695-3755

## CERTIFICATE OF SERVICE

I, Thomas V. DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this 7th day of June, 2005 to: Steven M. Lafferty, Esquire; MyersLafferty Law Offices 1515 Market Street, Suite 1310; Philadelphia, PA 19102; Mario Bozza, Esq., 63 Commercial Wharf, Boston, MA 02110

*[signature: Thomas V. DiGangi]*