UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA | CIVIL ACTION NO.:05-10076-NMG |

## CERTIFICATION

The plaintiff, Raul Carpintero, and its counsel hereby certify that they have conferred:

    (a) with a view toward establishing a budget for the costs of conducting this litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as this outlined in Local Rule 16.4

Date: 6-9-05

_____
Raul Carpintero
Plaintiff

By: _____
Mario Bozza, Esq.
BBO:# 052860
63 Commercial Wharf
Boston, MA 02110

Of counsel

Steven M. Lafferty, Esq.
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 810
Philadelphia, PA 19102
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER RAIL COMPANY, LLC<br><br>and<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY a/k/a MBTA | CIVIL ACTION NO.: 05-10076 NMG |

## CERTIFICATE OF SERVICE

I, Mario Bozza, attorney for the plaintiff, Raul Carpintero, hereby certify that a true copy of the foregoing Certificate Pursuant to Local Rule 16.1 was sent by fax and mailed first class, postage prepaid to the following:

John J. Bonistalli, Esq.
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111

On this 9th day of June, 2005.

Mario Bozza, Esq.