UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10076 NMG

RAUL CARPINTERO,
64 Sdquire Road, #1
Revere, MA  02151
    Plaintiff

vs.

MASSACHUSETTS BAY
COMMUTER RAIL COMPANY, LLC
89 South Street, 8th Floor
Boston, MA  02110

vs.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
    Defendants

**NOTICE OF WITHDRAWAL**

Please enter my **WITHDRAWAl** as counsel representing the Defendant, Massachusetts Bay Transportation Authority relative to the above-captioned action.

Respectfully submitted,
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
By its attorney,

Paul J. Sahovey
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO # 437900

Dated:   June 9, 2005