UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO,<br>　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ASSENTED TO MOTION TO WITHDRAW THE FEBRUARY 16, 2005, ANSWER FILED BY THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY ("MBTA")**

Now comes the defendant Massachusetts Bay Transportation Authority (MBTA) and, with the assent of the plaintiff, Raul Carpintero, respectfully requests that it be allowed to withdraw the Answer of the MBTA filed on February 16, 2005, by attorney Paul Sahovey, Esquire. As grounds therefore, the MBTA states:

　　1.　　This is a claim brought pursuant to the Federal Employer's Liability Act, 45 U.S.C. § 52, *et. seq*,("FELA") wherein the plaintiff, an employee of Massachusetts Bay Commuter Rail Company, LLC, (MBCR) seeks to recover for personal injuries sustained on or about May 27, 2004, in the course of his employment with MBCR.

　　2.　　The MBTA and MBCR are separate legal entities engaged in providing public transportation services throughout Massachusetts. In very general terms, the MBTA provides transportation services via subways (i.e. the "Red Line and Silver Line"), buses, and trolley cars with MBTA employees, equipment, and rail lines. MBCR, a corporate entity created in or about July 1, 2003, has contracted with the MBTA to

1

operate the Commuter Rail transportation system, i.e. the "Purple Line." MBCR employs MBTA equipment and operates the coaches and cars on rail lines owned and operated by the MBTA. Pursuant to a Commuter Rail Operating Agreement between MBCR and the MBTA, the MBCR indemnifies and defends the MBTA with respect to FELA claims brought under the Operating Agreement.

3. Plaintiff filed this lawsuit on or about January 12, 2005. Service was affected on both the MBTA and MBCR.

4. On January 28, 2005, MBCR's general counsel, Richard A. Davey, Jr., hired the Law Offices of John J. Bonistalli to defend MBCR in this matter. *See* Ex. 1.

5. On February 3, 2005, Attorney John Bonistalli served and filed an Answer with Affirmative Defenses and Jury Demand on both the MBCR and the MBTA. *See* Docket Sheet.

6. On or about February 15, 2005, MBTA associate general counsel Paul Sahovey, Esquire ("in house counsel"), unaware that Attorney John Bonistalli had already filed an Answer on behalf of the MBTA, served and filed an Answer on behalf of the MBTA. *See* Docket Sheet.

7. As both MBCR and MBTA have expressly stated, they wish to be represented by the Law Offices of John J. Bonistalli. Attorney Bonistalli's answer on behalf of both defendants was filed timely and asserted legitimate defenses. Attorney Bonistalli's office will continue to represent both defendants throughout this matter.

8. Attorney Paul Sahovey has withdrawn from this matter effective June 9, 2005. *See* Ex. 1.

9. It is clear that the two MBTA Answers were filed due to human error.

Furthermore, having duplicative answers on the docket will only serve to confuse matters in this matter. Finally, no prejudice will come to plaintiff, or either party, as the Answers, affirmative defenses and jury demands are essentially the same.

10. The PLAINTIFF ASSENTS to this motion.

WHEREFORE, the defendant MBTA respectfully requests that it be allowed to withdraw the MBTA Answer filed on February 16, 2005, by Paul Sahovey, Esquire, and that this motion be ALLOWED.

| Assented to by: | Respectfully submitted, |
|---|---|
| Raul Carpintero | Massachusetts Bay Transportation Authority |
| By His Attorney | By Its Attorneys |

*Mario Bozza, VP* (signature)   *Thomas V. DiGangi* (signature)   date: 6-23-05

Mario Bozza, Esq. BBO #052860
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

John J. Bonistalli, Esquire (BBO#049120)
Thomas V. DiGangi, Esquire (BBO648415)
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3375, ext. 23

## CERTIFICATE OF SERVICE

I, Thomas V. DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this 23rd day of June, 2005 to: Mario Bozza, Esq., 63 Commercial Wharf, Boston, MA 02110

*Thomas V. DiGangi* (signature)

3

# MBCR

*Massachusetts Bay Commuter Railroad Company*

Richard A. Davey, Jr.
General Counsel
Ph.: 617-222-8022
Fax: 617-222-8023

January 28, 2005

John J. Bonistalli, Esq.
One Financial Place
Boston, MA 02111

RE:  Raul Carpintero vs. Massachusetts Bay Commuter Railroad Co., LLC
     D/I: 2/27/04
     Civil Action No. 05-10076 NMG

Dear Mr. Bonistalli:

Attached herewith is the original Summons and Complaint regarding the above that was received in our office on January 28, 2005. Also enclosed is our complete investigation file.

MBCR would like to retain your services in defense of this matter. Once you have had a chance to review this information, please contact me at 617-222-8022.

Sincerely,

Richard A. Davey, Jr.
General Counsel

Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05 10076 NMG

| | |
|---|---|
| RAUL CARPINTERO,<br>64 Sdquire Road, #1<br>Revere, MA  02151<br>    Plaintiff<br><br>vs.<br><br>MASSACHUSETTS BAY<br>COMMUTER RAIL COMPANY, LLC<br>89 South Street, 8th Floor<br>Boston, MA  02110<br><br>vs.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | **NOTICE OF WITHDRAWAL** |

Please enter my **WITHDRAWAl** as counsel representing the Defendant, Massachusetts Bay Transportation Authority relative to the above-captioned action.

Respectfully submitted,
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
By its attorney,

Paul J. Sahovey
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189
BBO # 437900

Dated:    June 9, 2005