UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAUL CARPINTERO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10076-NMG |
| | ) | |
| MASS. BAY COMMUTER | ) | |
| RAIL CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Electronic Notice of Assignment of ADR Provider dated August 17, 2005, the parties are hereby notified that the court has scheduled a mediation conference for **Thursday, October 20, 2005, at 10:00 A.M.** in Courtroom #15 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, by **October 13, 2005**, each party shall submit to Magistrate Judge Dein a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

In the event that you believe the case is not ripe for mediation at this time, please notify opposing counsel and the court as soon as possible.

IT IS SO ORDERED

                                                        / s / Judith Gail Dein
                                                        Judith Gail Dein
DATED: August 22, 2005                  United States Magistrate Judge