UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED MOTION TO CONTINUE THE OCTOBER 20, 2005 MEDIATION

Now come the defendants, Massachusetts Bay Commuter Rail Company, LLC (MBCR) and Massachusetts Bay Transportation Authority (MBTA), with the assent of the plaintiff, and respectfully request that the Court continue the October 20, 2005, mediation date to a date in December, 2005, or later. As grounds therefore, the parties state:

1. This is a personal injury action brought by plaintiff, an employee of the defendants, pursuant to 45 U.S.C. § 51, *et seq.*, (Federal Employers Liability Act), wherein he seeks to recover monetary damages for injuries sustained in the course of his employment on May 27, 2004.

2. Thus far, the parties have engaged in written discovery without issue and the deposition of the plaintiff is scheduled for November 18, 2005.

3. Whereas discovery is not yet complete, and the plaintiff has not yet been deposed, mediation would not be appropriate at this time.

4. The continuation of this mediation will not prejudice either party.

5. The PLAINTIFF ASSENTS to this motion.

1

WHEREFORE, all parties respectfully request that this motion be ALLOWED and that the Court re-schedule the October 20, 2005, mediation to a date in December, 2005, or a later date more convenient with the Court.

| RAUL CARPINTERO | MASSACHUSETTS BAY COMMUTER RAIL COMPANY, LLC and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, |
|---|---|
| By His Attorneys | By their attorney, |
| *[signature]* | *[signature]* 10-7-05 |
| Mario Bozza, Esquire | John J. Bonistalli; BBO # 049120 |
| 63 Commercial Wharf | LAW OFFICES OF JOHN J. BONISTALL |
| Boston, MA 02110 | One Financial Center |
| (617) 367-3100 | Boston, MA 02111 |
|  | (617) 695-3755 |
| *[signature]* |  |
| Steven M. Lafferty, Esquire |  |
| Myers Lafferty Law Offices, P.C. |  |
| 1515 Market Street, Suite 1310 |  |
| Philadelphia, PA 19102 |  |
| (215) 988-1229 |  |

**CERTIFICATE OF SERVICE**

I, Tom DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this 7 day of October, 2005 to: Steven M. Lafferty, Esquire, Myers Lafferty Law Offices, 1515 Market Street, Suite 1310, Philadelphia, PA 19102; Mario Bozza, Esquire, 63 Commercial Wharf, Boston MA 02110

*[signature]*

2