LAW OFFICES OF
## JOHN J. BONISTALLI
ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111

JOHN J. BONISTALLI
THOMAS V. DiGANGI

617 695-3755
FAX: 617 695-0053

NANTUCKET OFFICE:
37 CENTRE STREET
NANTUCKET, MA 02554
(508) 228-0771
FAX: (508) 228-6205

October 21, 2005

Civil Clerk's Office
John J. Moakley U.S. Courthouse
ATTN: Jolyne Dambrosio
1 Courthouse Way
Boston, MA 02210

Re:   **Raul Carpintero v. Massachusetts Bay Commuter Rail Company, LLC & Massachusetts Bay Transportation Authority**
U.S. District Court Civil Action No. 05-10076NMG

Dear Ms. Dambrosio:

Pursuant to our telephone conversation earlier this morning regarding the above-referenced matter, this letter shall confirm that the mediation originally scheduled for December 6, 2005, with Justice Dein, will now take place on **Wednesday, December 7, 2005 at 10:00 AM.**

Thank you for your attention and courtesy in this matter.

Very truly yours,

Tom DiGangi, ext. 23

cc: Steven Lafferty, Esq.
   Mario Bozza, Esq.
   Michael Snow