UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED MOTION TO CONTINUE THE FEBRUARY 11, 2006, MEDIATION, TO FEBRUARY 16, 2006

Now come the defendants, Massachusetts Bay Commuter Rail Company, LLC (MBCR) and Massachusetts Bay Transportation Authority (MBTA), with the assent of the plaintiff, and respectfully request that the Court continue the February 11, 2006, mediation date to February 16, 2006. As grounds therefore, the parties state:

1.    This is a personal injury action brought by plaintiff, an employee of the defendants, pursuant to 45 U.S.C. § 51, *et seq*., (Federal Employers Liability Act), wherein he seeks to recover monetary damages for injuries sustained in the course of his employment on May 27, 2004.

2.    Plaintiff is represented by Attorney Steven Lafferty of Philadelphia, Pennsylvania. Attorney Lafferty also represents the plaintiff Sharon McNulty in the case of McNulty v. Massachusetts Bay Commuter Railroad, Co., U.S. District Court docket number 05-CV-10040. Counsel of record for the defense in this matter, the Law Offices of John J. Bonistalli, represents the defendant MBCR in the McNulty matter. The mediation of the McNulty matter is scheduled for Monday, February 9, 2006, with the

Honorable Justice Judith Dein.

3.    The resources of the Court and all counsel will be better utilized if both the instant action and the McNulty action were mediated on the same day. Counsel for the defense has confirmed that February 16th, 2006, is available for both the Court and Attorney Lafferty.

4.    The continuation of this mediation will not prejudice either party.

5.    The PLAINTIFF ASSENTS to this motion.

WHEREFORE, all parties respectfully request that this motion be ALLOWED and that the Court re-schedule the February 11, 2006, mediation to February 16, 2006.

RAUL CARPINTERO

By His Attorneys

*Mario Bozza*

Mario Bozza, Esquire
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

*Steven Lafferty*

Steven M. Lafferty, Esquire
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 1310
Philadelphia, PA 19102
(215) 988-1229

MASSACHUSETTS BAY COMMUTER
RAIL COMPANY, LLC and
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
By their attorney,

*John J. Bonistalli*

John J. Bonistalli; BBO # 049120
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755

## CERTIFICATE OF SERVICE

I, Tom DiGangi, attorney for the defendants, Massachusetts Bay Commuter Rail Company, LLC and Massachusetts Bay Transportation Authority, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this _____3_____ day of __JANUARY__, 2006 to:  Steven M. Lafferty, Esquire, Myers Lafferty Law Offices, 1515 Market Street, Suite 1310, Philadelphia, PA  19102; Mario Bozza, Esquire, 63 Commercial Wharf, Boston MA 02110