UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAUL CARPINTERO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10076-NMG |
| | ) | |
| MASS. BAY COMMUTER RAIL CO., LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  February 16, 2005 , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. The defendant is to report back to the court on March 6, 2006, at which time the court will schedule further sessions if appropriate.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____

                                                                          / s / Judith Gail Dein
                                                                          Judith Gail Dein, U.S. Magistrate Judge
DATED: February 16, 2005                              ADR Provider