UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MASS. BAY COMMUTER )<br>RAIL CO., LLC, et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 05-10076-NMG |

**FURTHER REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On ___February 16, 2005___, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

    \_\_X\_\_ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled.  Your clerk should enter a 60-day order of dismissal.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                           / s / Judith Gail Dein
                                         Judith Gail Dein, U.S. Magistrate Judge
DATED:  April 11, 2005                       ADR Provider