UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Raul Carpintero,
      Plaintiff

v.                                      Civil Action No. 05-10076-NMG

Mass. Bay Commuter Rail Co., LLC, et al.,
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel for the plaintiff on January 17, 2003 that this case has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                                                            By the Court,

4/13/06                                                            */s/ Craig J. Nicewicz*
  Date                                                             Craig J. Nicewicz
                                                                      Courtroom Clerk