UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL CARPINTERO,<br>    Plaintiff<br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | )<br>)<br>)<br>) CIVIL ACTION NO. 05-10076 NMG<br>)<br>)<br>)<br>)<br>) |

**STIPULATION** OF **DISMISSAL PURSUANT TO FED. R. CW. P. 41(a) (1) (ii)**

Now come the parties in the above-captioned matter, plaintiff Raul Carpentero and defendants Massachusetts Bay Commuter Rail Company, LLC and the Massachusetts Bay Transportation Authority, and pursuant to Fed. R. Civ. P. 41 (a)(1) (ii) stipulate to a dismissal of this action in its entirety. Such dismissal is with prejudice, without costs and interest, and without attorney's fees. All rights of appeal are expressly waived.

                                                                       Respectfully Submitted

Raul Carpentero
By His Attorney

_____ 4-13-06
Steven Lafferty, Esquire
Myers Lafferty, P.C.
1515 Market Street, Suite 810
Philadelphia, PA 19102
(215) 988-1229

Mass. Bay Commuter Rail Company, LLC
Mass. Bay Transportation Authority
By Their Attorney

_____ 4-3-06
Thomas V. DiGangi, Esq/ BBO# 648415
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755, ext. 23

Dated:     4-13-06